UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DOMINGUEZ, | 1:10-CV-01237-OWW-DLB PC |
| Plaintiff, | ORDER GRANTING MOTION FOR RECONSIDERATION (DOC. 9) |
| v. | ORDER GRANTING MOTION TO AMEND COMPLAINT (DOC. 10) |
| JACK SAINT CLAIR, et al., | |
| Defendants. | CLERK OF COURT DIRECTED TO RE-OPEN ACTION |
| | AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Francisco Dominguez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action. On September 23, 2010, the Court closed this action without prejudice for Plaintiff's presumed failure to pay the filing fee or file an application to proceed in forma pauperis. Pending before the Court are Plaintiff's motions 1) for reconsideration of the Court's order dismissing this action and 2) to amend the complaint.

Plaintiff contends that he did pay the filing fee for this action on July 27, 2010. (Pl.'s Mot. 1, Doc. 9.) Plaintiff submits as evidence a receipt of the transaction. (Mot. 3.)

1

1  The Court may relieve a party from an order for any reason
2  that justifies relief. Fed. R. Civ. P. 60(b). An inquiry with
3  the Clerk of Court indicates that Plaintiff did indeed pay the
4  filing fee in full. Accordingly, Plaintiff's motion for
5  reconsideration is GRANTED. The Clerk of Court is directed to
6  re-open this action.

7  Plaintiff also moves to amend his complaint. Plaintiff is
8  the only party to appear in this action. A party may amend his
9  pleadings once as a matter of course. Fed. R. Civ. P. 15(a).
10 Accordingly, Plaintiff's motion to amend is GRANTED. Plaintiff
11 is reminded that pursuant to Local Rule 220, an amended pleading
12 should be sufficient in itself without reference to a prior
13 superseded pleading. Plaintiff's amended complaint is due within
14 thirty (30) days from the date of service of this order.
15 IT IS SO ORDERED.

**Dated:   October 21, 2010**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

2