IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO DOMINGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JACK SAINT CLAIR, et al.,<br><br>Defendants.<br>_____/ | 1:10-cv-01237-AWI-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Motion#25)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 6, 2011, plaintiff filed a motion to extend time to file objections to the findings and recommendations and to file a second amended complaint. On October 13, 2011, Plaintiff filed his second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to file his second amended complaint, and the second amended complaint on the docket is deemed timely;

2. Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations. Any further extension of time is heavily disfavored.

IT IS SO ORDERED.

Dated:   October 25, 2011            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE